UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

    v().

HOLLY R. PHELPS,

    Defendant.

Case No. 11-cr-40029-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Holly R. Phelps' motion for a sentence reduction (Doc. 655). On November 30, 2011, Phelps pleaded guilty to conspiracy to manufacture methamphetamine in violation of 21 U.S.C. § 846. On June 14, 2012, this Court sentenced Phelps to 46 months imprisonment, three years supervised release, a $200.00 fine, and a $100.00 special assessment. Now, Phelps asks this Court to reduce her sentence based on her post-sentencing conduct while incarcerated in the Bureau of Prisons.

District courts lack jurisdiction to revisit sentences and can only entertain motions subsequent to judgment when authorized by statute or rule. *United States v. Goode*, 342 F.3d 741, 743 (7th Cir. 2003). Here, there is no statute or rule that authorizes this Court to grant Phelps the relief she requests. The Court is pleased to see that Phelps has taken advantage of classes and employment available in the Bureau of Prisons. This Court, however, lacks jurisdiction to alter Phelps' sentence.

Accordingly, the Court **DENIES** Phelps' motion (Doc. 655) for lack of jurisdiction.

**IT IS SO ORDERED.**

**DATED:** September 26, 2013

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**